**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No. 20 C 50439 |
| v. | ) ) | |
| | ) | Judge Margaret J. Schneider |
| Porter Brothers Construction, Inc., | ) ) | |
| Defendant. | ) | |

**ORDER, REPORT AND RECOMMENDATION**

    The Plaintiffs previously obtained an order of default [13]. Before the Court is the Plaintiffs' motion for a default judgment [18]. The motion was served on the Defendant's registered agent on 03/04/2021 by first-class and certified mail [18]. The motion seeks judgment in the amount of $71,755.60 for unpaid contributions and liquidated damages, plus attorneys' fees and costs in the amount of $1,919.00, for a total judgment of $73,674.60. The motion includes an affidavit of a fund administrator and spreadsheet that calculates the unpaid contributions and liquidated damages sought, plus an affidavit and timesheets from counsel in support of the fees and costs sought. Accordingly, it is this Court's Report and Recommendation that the district court grant the Plaintiffs' motion for a default judgment [18] and enter judgment in the amount of $73,674.60 in favor of the Plaintiffs. Any objection is due by 04/14/2021. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 03/31/2021

                                                                                     Margaret J. Schneider
                                                                   United States Magistrate Judge