IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, et al. | ) ) | |
| Plaintiff, | ) ) | Case No: 20 C 50439 |
| v. | ) ) ) | Judge Iain D. Johnston |
| Porter Brothers Construction, Inc, | ) ) | |
| Defendant. | ) | |

**ORDER**

On 3/31/2021 Magistrate Judge Schneider entered a Report and Recommendation that judgment be entered in favor of the plaintiffs in the amount of $73,674.60. Dkt. 23. As noted in the Report and Recommendation, the defendant failed to appear and an order of default was entered against it. Dkt. 13. The defendant was given notice of the motion for a default judgment, Dkt. 18, but failed to participate in the telephonic presentment of the motion. Similarly, it has failed to object to the Report and Recommendation by the 4/14/2021 deadline set by Judge Schneider. Dkt. 23. The Court has reviewed the Report and Recommendation as well as the affidavits attached to the motion for default judgment, and the requested damages appear to be supported by the affidavits. Accordingly, this Court accepts the Report and Recommendation [23], grants the motion for a default judgment [18], and the Clerk is directed to enter judgment in favor of the plaintiffs in the amount of $73,674.60. Civil case terminated.

Date: April 19, 2021    By: _____
Iain D. Johnston
United States District Judge